UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-36-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| RICHARD MARQUISE TAFT | |

On motion of the Defendant, Richard Marquise Taft, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #25 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Office.

IT IS SO ORDERED.

This **10** day of September, 2014.

JAMES C. DEVER, III
Chief United States District Judge