UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-36-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD MARQUISE TAFT | ) | |

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 30 be sealed until further order of this Court.

This the **16** day of **October**, 2014.

*[signature]*
JAMES C. DEVER, III
Chief United States District Judge